# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**THOMAS HAUKE,**

    Plaintiff,

    v.                                                                                         Case No. 20-CV-1086-SCD

**ANDREW M. SAUL,**
**Commissioner of Social Security,**

    Defendant.

## ORDER DENYING PLAINTIFF'S REQUEST TO PROCEED
## IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

    Thomas Hauke filed this action on July 16, 2020, seeking judicial review under the Social Security Act, 42 U.S.C. § 405(g), of the final decision of the Commissioner of Social Security denying his applications for Social Security benefits. ECF No. 1. Hauke has requested a waiver of this District's filing fee. *See* ECF No. 2. Any court of the United States may authorize a litigant to proceed in an action "without prepayment of fees or security thereof" if two conditions are met: (1) the litigant is unable to pay the costs of commencing the action, 28 U.S.C. § 1915(a)(1); and (2) the action is not frivolous nor malicious, does not fail to state a claim on which relief may be granted, and does not seek monetary relief against a defendant who is immune from such relief, 28 U.S.C. § 1915(e)(2)(B).

    According to his request to waive the filing, Hauk is not currently employed, but his wife is, earning $3,640 per month. ECF No. 2 at 2. The couple own their own home, which is valued at $325,000; their equity in the home is $100,600. *Id.* at 3. They also own two vehicles: a 2012 Hyundai Santa Fe (valued at $4,500) and a 2015 Toyota Highlander

($25,000). *Id.* As for other assets, they have $2,100 in bank accounts and a Roth IRA valued at $1,747.47. *Id.* at 3–4. Hauk asserts that the couple's total monthly expenses are $5,411.79. *Id.* at 2–3. Based on the above information, I conclude that Hauk is able to pay the fees and costs of commencing this action. Accordingly, his request, ECF No. 2, is **DENIED**. Hauk must pay the full filing fee by **August 20, 2020**. Failure to pay the filing fee by that deadline may result in dismissal of this action.

    **SO ORDERED** this 30th day of July, 2020.

_____
STEPHEN C. DRIES
United States Magistrate Judge